

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>*United States v. Martin Handler, et al. (Harold Schwartz)*</u>, 23 Cr. 004 (JHR)

Dear Judge Rearden:

      The Government, with the consent of defendant Harold Schwartz, respectfully requests that the Court direct the clerk's office in this District to prepare an appearance bond subject to the conditions set forth herein.

      On January 11, 2023, the defendant was arrested and presented before a magistrate in the Southern District of Florida pursuant to Federal Rule of Criminal Procedure 5(c)(3). That day, the defendant was released from custody pursuant to an appearance bond and directed to appear in this District for the charges against him. The defendant has since done so pursuant to those earlier-imposed conditions, which remain in effect.

      The parties have since conferred and respectfully submit for the Court's consideration that the defendant remain at liberty subject to his execution of an appearance bond issued in this District containing the following conditions of release:

1. The defendant must not violate federal, state or local law while on release.

2. The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

3. The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone.

4. The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

5. The defendant must sign a $500,000 personal recognizance bond, to be co-signed by three financially responsible persons.

6. The defendant must submit to supervision by and report for supervision to pretrial services as directed.

7. The defendant must continue or actively seek employment.

8. The defendant must surrender any passport to pretrial services.

9. The defendant must not obtain a passport or other international travel documents.

10. The defendant's travel must be restricted to the Southern District of New York, Eastern District of New York, District of New Jersey, and Southern District of Florida.

11. The defendant must not have any contact with co-defendants outside the presence of counsel.

12. The defendant may not access or transfer financial assets of Project Social Care Head Start Inc.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Mary E. Bracewell / Daniel H. Wolf
Assistant United States Attorneys
(212) 637-2218 / 2337

cc: Jane Raskin, Esq. (*by ECF*)

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: Jan. 23, 2023