UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          -v.-<br><br>HAROLD SCHWARTZ,<br><br>                    Defendant. | 23 Cr. 00004 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant Harold Schwartz may wish to enter a change of plea. Accordingly, on **January 16, 2024** at **2:00 p.m.**, a plea proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: December 28, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge