USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

HAROLD SCHWARTZ,

                 Defendant.

23 Cr. 004 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

IT IS HEREBY ORDERED that the plea proceeding previously scheduled for **January 16, 2024,** at **2:00 p.m.** is adjourned to **January 23, 2024,** at **2:00 p.m.**  The proceeding will take place in Courtroom 12B, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: January 16, 2024
       New York, New York

*[signature]*
JENNIFER H. REARDEN
United States District Judge