

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2024

**BY ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Harold Schwartz*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

      By order dated June 26, 2024, the Court adjourned the deadlines for preparation and disclosure of the Presentence Report for defendant Harold Schwartz *sine die*. Dkt. No. 358. At the parties' request, the Court set a control date of November 4, 2024, to update the Court concerning scheduling of the Presentence Report and sentencing. Dkt. No. 464.

      The Government respectfully requests that the Court continue to hold Schwartz's sentencing in abeyance, and set a control date of January 3, 2025, by which the parties will update the Court concerning scheduling of the Presentence Report and sentencing. Schwartz's cooperation remains ongoing, and the Government will be in a better position to determine after Schwartz's cooperation has concluded, in accordance with the parties' plea agreement, the degree to which Schwartz has provided substantial assistance in an investigation or prosecution.

      Both Schwartz's counsel and the Probation Office consent to this request.

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 522.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: November 5, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
    Jacob R. Fiddelman
    Stephanie Simon
    Daniel H. Wolf
    Assistant United States Attorneys
    (212) 637-1024/-2581/-2337

cc:    Counsel of Record