UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

HAROLD SCHWARTZ,

                    Defendant.

23 Cr. 004 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Defendant's sentencing hearing will be held on **April 24, 2025** at **11:15 a.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

    The Probation Department is ORDERED to prepare the Presentence Report, in accordance with the deadlines set forth in this District's May 29, 2014 Amended Standing Order. Defendant's sentencing submission shall be filed by **April 3, 2025**. The Government's sentencing submission shall be filed by **April 10, 2025**.

    The Clerk of Court is directed to terminate ECF No. 533.

    SO ORDERED.

Dated: November 21, 2024
       New York, New York

                                      JENNIFER H. REARDEN
                                      United States District Judge