# RASKIN & RASKIN
*Attorneys at Law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

April 2, 2025

> Application GRANTED. Defendant Schwartz shall file his sentencing submission by **April 10, 2025**. The Government shall file its sentencing submission by **April 17, 2025**.
>
> On November 21, 2024, the Court ordered the Probation Department "to prepare the Presentence Report, in accordance with the deadlines set forth in this District's May 29, 2014 Amended Standing Order." ECF No. 534. Thus, Probation's final disclosure was to be made no later than February 12, 2025. Probation has not contacted the Court to seek an extension of that long-passed deadline or to explain why it has not issued the final disclosure. This is not the first time that Probation has failed, without timely notice to the Court, to properly make a disclosure in 23 Cr. 004. *See* ECF No. 341. Probation shall issue the final disclosure as to Defendant Schwartz no later than **April 4, 2025**.
>
> The Government is directed to forward a copy of this Order to the Probation Office. The Clerk of Court is directed to terminate ECF No. 595.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: April 3, 2025

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Harold Schwartz*, 23 Cr. 004 (JHR)

Dear Judge Rearden:

By order dated November 21, 2024, the Court scheduled defendant Harold Schwartz's sentencing for April 24, 2025, and directed that the defendant's sentencing submission be filed by April 3, 2025, and the government's submission be filed by April 10, 2025.

The final Presentence Report has not yet been disclosed. Probation anticipates that it may be disclosed by the end of this week. On behalf of my client Mr. Schwartz, and with the agreement of the government, we respectfully request that the schedule for filing of the parties' sentencing submissions be extended one week so that defendant's submission would be due April 10, 2025, and the government's submission would be due April 17, 2025. This will give the parties the opportunity to review the final Presentence Report and appropriately address any factual or legal issues that it may present.

Undersigned counsel has conferred with AUSA Stephanie Simon who consents to this request.

Respectfully submitted,

Jane Serene Raskin

cc: Counsel of record, by ECF