

# RASKIN & RASKIN
*Attorneys at Law*

MARTIN R. RASKIN
*mraskin@raskinlaw.com*

JANE SERENE RASKIN
*jraskin@raskinlaw.com*

> **Application GRANTED.** Defendant Schwartz's conditions of supervised release are hereby modified to permit travel to Israel from **December 1, 2025** to **December 15, 2025**. Defendant shall provide Probation with his itinerary in advance of his trip. All other conditions of supervised release shall remain in effect.
>
> The Clerk of Court is directed to terminate ECF No. 681.
>
> SO ORDERED.
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: November 19, 2025

November 19, 2025

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: *United States v. Harold Schwartz*, 23-cr-004 (JHR)

Dear Judge Rearden:

I write to request a temporary modification of Mr. Schwartz's conditions of supervised release to permit him to travel to Israel with his wife from December 1 though 15, 2025. If permitted to make the trip, he will attend his great-nephew's bar mitzvah and will also visit with other family members who live in Israel.

Mr. Schwartz was released on bond on January 11, 2023; he pleaded guilty to a superseding information on January 23, 2024; and he was sentenced on April 24, 2025, to time-served, a $25,000 fine, and a one-year term of supervised release with his travel restricted to New York, New Jersey and Florida. From the date he was initially released on bond through the date judgment was imposed, Mr. Schwartz was fully compliant with his conditions of release. He paid his special assessment and fine promptly after the sentencing and has since been fully compliant with the terms of his supervised release. He is currently assigned to a Low Intensity monitoring unit, consistent with his low risk and historical compliance. Mr. Schwartz travelled to South Africa in August of this year, with the Court's permission, and returned without incident.

Undersigned counsel has conferred with Mr. Schwartz's Probation Officer, Adrianna Ruiz, who relates that Probation does not object to the proposed travel. Counsel has also conferred with AUSA Daniel Wolf who reports that the government does not object to the proposed travel.

If the Court permits the requested travel, Mr. Schwartz will provide Probation Officer Ruiz with a detailed itinerary, including flight, lodging and contact information, and he will promptly check in with her upon his return to New York.

Honorable Jennifer H. Rearden
November 19, 2025
Page 2

Accordingly, Mr. Schwartz respectfully requests that the Court permit him to undertake the above-described trip to Israel from December 1 through December 15, 2025.

Respectfully submitted,

/s/ Jane Serene Raskin

RASKIN & RASKIN, P.A.

*Counsel for Harold Schwartz*

cc: Counsel of Record via ECF
    United States Probation Officer Adrianna Ruiz